UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-cr-0142-JRS-TAB |
| | ) | |
| ANTHONY JONES, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On July 1, 2021, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 20, 2020. Defendant Jones appeared in person with his appointed counsel Dominic Martin. The government appeared by Abhishek Kambli, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Jones of his rights and provided him with a copy of the petition. Defendant Jones orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Jones admitted violation numbers 1, and 2. [Docket No. 4.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state or local crime."** |
| | On July 16, 2020, Mr. Jones was arrested by Indianapolis Metro Police Department (IMPD) in Indianapolis, Indiana, and charged with Burglary, a felony, in 49GO2-2007-MC-022303. According to the police report, IMPD officers responded to a burglary investigation. The victim advised her front door was forced open, and many items were missing including a 60" Sony Television, Xbox, 2 shotguns, 1 rifle, 1 pistol, 2 laptops and miscellaneous cosmetic jewelry. The victim received a call from a friend who saw a dark colored Jeep Grand Cherokee parked in her driveway with license plate 467DEF. The witness said there were two individuals in the vehicle. Officers were also able to view a tape of surveillance video which showed the offender taking the items out of the residence. IMPD officers obtained a search warrant to search the residence of Mr. Jones, where they located several items reported stolen during the burglary. Mr. Jones was interviewed by officers, and he stated he committed the burglary. He advised he pounded on the door to make sure nobody was home, and then kicked the front door in and began stealing items he thought he could sell fast. The offender stated he made multiple trips into the residence and took guns, a television, jewelry, coins, knives, and laptop computers. |
| 2 | **"The defendant shall refrain from any unlawful use of a controlled substance."** |
| | On April 7, 2020, Mr. Jones submitted a urine sample which tested positive for cocaine. He admitted using the substance. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of time served with twenty-four (24) months of supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to time served with twenty-four (24) months of supervised release to follow. In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. (Supervised Release cases only)

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

13. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

14. You shall pay the costs associated with the following imposed conditions of supervised release/probation, to the extent you are financially able to pay: [substance abuse treatment] [substance abuse testing] [mental health treatment] [gambling addiction treatment] [educational or vocational services program] [location monitoring] [sexual disorder assessment, treatment, and physiological testing] [computer monitoring systems]. The probation officer shall determine your ability to pay and any schedule of payment.

    Justification: The offender has a history of using and possessing drugs. This condition will assist the probation office in monitoring the offender's compliance to conditions of supervised release.

15. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

    Justification: The offender has a history of using and possessing drugs. This condition will assist the probation office in monitoring the offender's compliance to conditions of supervised release.

16. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

    Justification: The offender has a history of using and possessing drugs. This condition will assist the probation office in monitoring the offender's compliance to conditions of supervised release.

17. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

    Justification: The offender has a history of using and possessing drugs. This condition will assist the probation office in monitoring the offender's compliance to conditions of supervised release.

18. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

    Justification: The offender has a history of using and possessing drugs. This condition will assist the probation office in monitoring the offender's compliance to conditions of supervised release.

19. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

    Justification: The offender has a history of using and possessing drugs. This condition will assist the probation office in monitoring the offender's compliance to conditions of supervised release.

Defendant reviewed the foregoing conditions and they were reviewed by defendant with his attorney. Defendant, on the record, waived reading of the above-noted conditions of supervised release.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 7/1/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system