UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:20-cr-00142-JRS-TAB |
| ANTHONY JONES, | ) | -01 |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge issued a Report and Recommendation on the Petition for Warrant or Summons for Offender Under Supervision, which petition was filed on July 20, 2020. (ECF No. 11.) The Magistrate Judge found that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to time served with twenty-four (24) months of supervised release to follow. The Magistrate Judge decided that in addition to the mandatory conditions of supervision, nineteen other conditions of supervised release should be imposed. (*See* ECF No. 11 at 3–5.) The parties waived the period to object to the Report and Recommendation.

The Court hereby **adopts** the Report and Recommendation and **orders** the Defendant sentenced to time served with twenty-four (24) months of supervised release to follow. It is **ordered** that in addition to the mandatory conditions of

1

supervision, the additional conditions of supervised release set forth in the Report and Recommendation are imposed.

**SO ORDERED.**

Date: 7/1/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Abhishek Kambli
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
abhishek.kambli@usdoj.gov

U.S. Probation
U.S. Marshal