UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-cr-0142-JRS-TAB |
| | ) | |
| ANTHONY JONES, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On February 9, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 18, 2021. Defendant Jones appeared in person with his appointed counsel William Dazey. The government appeared by Tiffany Preston, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.  The Court advised Defendant Jones of his rights and provided him with a copy of the petition. Defendant Jones orally waived his right to a preliminary hearing.

2.  After being placed under oath, Defendant Jones admitted violation number 1. [Docket No. 16.] Government orally moved to withdraw the remaining violation, which motion was granted by the Court.

3.  The allegation to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.)"** |
| | On July 14, 2021, Mr. Jones was referred for drug treatment twice a month at Take Back Control in Indianapolis. The offender attended both treatment sessions in September 2021, but has not been in treatment for October or November 2021. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is VI.

    (c) The guideline range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of one (1) month with no supervised release to follow. The parties requested release to the Marion County Community Corrections pending designation. Parties made this recommendation based on Defendant Jones receiving a Marion County, Indiana sentence of three (3) years of community corrections followed by two (2) years of Marion County probation. From November 20, 2021 through February 8, 2022, Defendant Jones was in Marion County, Indiana pretrial custody for Cause No. 49D08-2007-F4-22456.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the

Attorney General or his designee for a period of one (1) month with no supervised release to follow. Upon release, Defendant Jones is to report to the Marion County Community Corrections Office pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 2/10/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system